THE CHARLES E. MATTHEWS. THE EUGENE F. MORAN. THE SCOWS 15D AND 18D. (Circuit Court of Appeals, Second Circuit. November 29, 1909.) Appeals from the District Court of the United States for the Southern District of New York. Motion to amend mandate. For opinion below, see 170 Fed. 928. Before LACOMBE and NOYES, Circuit Judges.

PER CURIAM. The decision in The Express, 59 Fed. 476, 8 C. C. A. 182, applies. In the first of the above causes the interest to which libelant is entitled should be paid by the interests which, by appealing, tied up the litigation. In the second cause no interest should be allowed upon that part of the decree payable by the Matthews. We are not inclined to allow the claim for premiums paid on account of the stipulations for value. The decrees may be amended accordingly.

---

COMMONWEALTH NAT. BANK v. FIDELITY & DEPOSIT CO. OF MARYLAND et al. (Circuit Court of Appeals, Fifth Circuit. December 7, 1909.) No. 2,008. Appeal from the Circuit Court of the United States for the Eastern District of Texas. Nelson Phillips and Yancey Lewis, for appellant. A. P. Wozencraft, Joseph A. L. Wolfe, and D. A. Frank, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. Without committing this court to the propositions that the letter of the Stevenson Contract Company to the disbursing agent constituted, under the evidence, an assignment of the contractor's claim against the government for the money then due on final estimate, and that as an assignment it was absolutely void or only voidable under sections 3477 and 3737, Rev. St. (U. S. Comp. St. 1901, pp. 2320, 2507), we hold that the Circuit Court had jurisdiction, and that the case was well ruled and correctly decided in regard to the equities involved. The decree of the Circuit Court is affirmed.

---

CONTINENTAL OIL & COTTON CO. v. ARMOUR & CO. (Circuit Court of Appeals, Fifth Circuit. November 30, 1909.) No. 1,982. In Error to the Circuit Court of the United States, for the Northern District of Texas. S. P. Hardwicke, for plaintiff in error. H. M. Chapman, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. In this case trial by jury was waived, and a trial was had before the court. Our examination of the transcript results in finding that the general verdict found by the court is supported by the findings of fact and evidence incorporated in the bill of exceptions, and the judgment rendered on the verdict is consonant with the pleadings. Judgment affirmed.

---

HOGUE v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. December 7, 1909.) No. 1,919. In Error to the District Court of the United States for the Northern District of Texas. Israel Dreeben, for plaintiff in error. Wm. H. Atwell, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. A trial was had on two counts in the indictment. On the first the plaintiff in error was acquitted, and on the second convicted. The second count is good in form and substance, and the assignments of error in relation thereto are not well taken. The verdict thereon is fully supported by the evidence, all of which has been submitted to this court by the plaintiff in error in support of his motion in the court below to direct a verdict. On the entire record we find no reversible error, and the judgment of the Circuit Court is affirmed.